19251. BLOODWORTH *v.* THE STATE.

BROYLES, C. J. The verdict was authorized by the evidence, and the single special ground of the motion for a new trial can not be considered, for the reason that it is not complete and understandable by itself.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED DECEMBER 11, 1928.

*C. F. Richter,* for plaintiff in error.
*Jeff A. Pope, solicitor,* contra.